UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

|  |  |
|---|---|
| IN RE:<br><br>PERRY KURT MASCIANA<br><br>Debtor | Chapter 13<br>Case No. 19-20755-TJC |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE IMPAC SECURED ASSETS CORP. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3<br><br>Movant<br><br>v.<br><br>PERRY KURT MASCIANA<br>209 TEAL CIRCLE<br>BERLIN, MD 21811<br>        (Debtor)<br><br>ROBERT S. THOMAS II<br>300 E JOPPA ROAD, SUITE 409<br>TOWSON, MD 21286<br>        (Trustee)<br><br>Respondents |  |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3 ("Movant") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay as to the real property located at 209 Teal Circle, Berlin, MD 21811 ("Property"), and, as grounds therefore, states as follows:

1.      This proceeding seeking relief under 11 U.S.C. § 362(d) of the U.S. Bankruptcy Code is a contested matter within the meaning of 9014 and 4001 of the Federal Rules of

Bankruptcy Procedure, and this court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2.      On August 12, 2019, the above named Debtor, Perry Kurt Masciana ("Debtor"), filed in this court a Petition under Chapter 13 of the United States Bankruptcy Code. Robert S. Thomas II was appointed Chapter 13 Trustee.

3.      On or about March 23, 2007, Perry Masciana executed and delivered to American Lending Group, Inc. a Note in the amount of FOUR HUNDRED EIGHTY THOUSAND DOLLARS AND NO CENTS ($480,000.00), plus interest. A copy of the Note is attached as **Exhibit A** and incorporated herein.

4.      To secure the repayment of the sums due under the Note, Perry Masciana executed and delivered to American Lending Group, Inc. a Deed of Trust dated March 23, 2007, encumbering the real property ("Property") more particularly described in the Deed of Trust:

Lot No. C-04-0291 as designated and distinguished on the plat entitled "OCEAN PINES-SECTION FOUR", made by B. Calvin Burns, Registered Professional Engineer No. 2583 of the State of Maryland, which plat is duly recorded among the Land Records of Worcester County, Maryland, in Plat Book F.W.H. No. 11, Folio, 54, et seq. The improvements thereon being known as 209 Teal Circle, Berlin, MD 21811

which has the address of 209 Teal Circle, Berlin, MD 21811. A copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

5.      The Note and Deed of Trust were later transferred to Movant and Movant is the current holder of the Note and Deed of Trust.  A copy of the Assignment is attached as **Exhibit C** and incorporated herein.

6.      The Debtor agreed to a permanent modification of the loan described above. The loan modification is attached as **Exhibit D** and incorporated herein.

7. Select Portfolio Servicing, Inc. services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor(s) receive a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3, which is the entity that has the right to foreclose by virtue of being owner and holder of the note.

8. As of November 11, 2019, Debtor owes an unpaid principal balance of $564,623.97 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

| Unpaid Principal Balance | $564,623.97 |
|---|---|
| Unpaid, Accrued Interest | $146,494.12 |
| Escrow Advance | $65,764.73 |
| Valuations | $89.00 |
| Foreclosure Fees | $3,615.00 |
| Foreclosure Costs | $6,085.03 |
| NSF Fees | $15.00 |
| Less: Partial Payments | ($2,776.10) |
| Total Outstanding Obligations | $783,910.75 |

9. As of November 11, 2019, Debtor is post-petition due for September 1, 2019, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
|---|---|---|---|---|
| 2 | September 1, 2019 | October 1, 2019 | $4,647.33 | $9,294.66 |
| 1 | November 1, 2019 | November 1, 2019 | $4,470.26 | $4,470.26 |
| | | | Suspense: | ($2,776.10) |
| | | | Total Payments Past Due | $10,988.82 |

10.     A copy of the post-petition payment history is attached as **Exhibit E** and incorporated herein.

11.     The value of the property is $435,000.00, according to the Debtor's Schedule "A".

12.     The Debtor is in default under the Note.

13.     The Debtor has not and cannot offer Movant adequate protection of its interest in the Property, and Movant avers it is not adequately protected.

14.     As there is little to no equity in the Property, the Property is not necessary for an effective reorganization. Therefore, relief from stay is appropriate under § 362(d)(2) of the Bankruptcy Code to permit Movant to exercise its non-bankruptcy rights and remedies with respect to the Mortgage.

15.     That the Debtor's account delinquency and lack of equity in the Property constitute cause for relief from the automatic stay.

WHEREFORE, Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3, prays that this Court issue an Order terminating or modifying the Automatic Stay under 11 U.S.C. § 362 as to the property located at 209 Teal Circle, Berlin, MD 21811, and granting the following:

a.      Relief from the Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying

mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

b.      That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

c.      That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

d.      That it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

e.      For such other relief as the Court deems proper.

Date:  1/7/2020

Respectfully submitted,

  /s/ Paul J. Moran
John E. Tarburton, Bar #26398
Paul J. Moran, Bar #19595
Elizabeth M. Abood-Carroll, Bar #20631
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703) 777-7101
Attorneys for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3
jtarburton@orlans.com
pmoran@orlans.com
eabood-carroll@orlans.com

## CERTIFICATE OF SERVICE

The undersigned states that on January 7, 2020, copies of the foregoing Motion for Relief from Automatic Stay were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Robert S. Thomas II
300 E Joppa Road, Suite 409
Towson, MD 21286
ECF@ch13balt.com
*Bankruptcy Trustee*

Marc A. Ominsky
The Law Offices of Marc A. Ominsky
Century Plaza Building
10632 Little Patuxent Parkway
Suite 249
10632 Little Patuxent ParkwaySuite 249
Columbia, MD 21044
info@mdlegalfirm.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of the foregoing Motion for Relief from Automatic Stay to the following non-ECF participants:

Perry Kurt Masciana
209 Teal Circle
Berlin, MD 21811
*Debtor*

/s/ Paul J. Moran
John E. Tarburton, Esquire
Paul J. Moran, Esquire
Elizabeth M. Abood-Carroll, Esquire

**Post-Petition Payment History**

| Due Date | | Payment Amount Due |
|----------|---|---|
| 9/1/2019 | | $4,647.33 |
| 10/1/2019 | | $4,647.33 |
| 11/1/2019 | | $4,470.26 |
| | **Suspense**: | ($2,776.10) |
| | **Total**: | $10,988.82 |