Entered: July 2nd, 2020
Signed: July 2nd, 2020

**SO ORDERED**



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| IN RE: | |
| PERRY KURT MASCIANA | Chapter 13<br>Case No. 19-20755-TJC |
| Debtor | |
| DEUTSCHE BANK NATIONAL TRUST<br>COMPANY, AS TRUSTEE, ON BEHALF OF<br>THE HOLDERS OF THE IMPAC SECURED<br>ASSETS CORP. MORTGAGE PASS-THROUGH<br>CERTIFICATES SERIES 2007-3<br>    Movant | |
| v. | |
| PERRY KURT MASCIANA<br>    (Debtor) | |
| ROBERT S. THOMAS II<br>    (Trustee)<br>    Respondents | |

**ORDER TERMINATING AUTOMATIC STAY**

UPON CONSIDERATION of the Motion for Relief from Automatic Stay

("Motion")(ECF No. 33), filed by Deutsche Bank National Trust Company, as trustee, on behalf

of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series

2007-3, and any response thereto, good cause having been shown, and for the reasons stated on

the record on June 29, 2020 at the hearing on the matter, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is terminated permitting Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3, and its successors and assigns, to exercise its rights under applicable law against the Property; and Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Impac Secured Assets Corp. Mortgage Pass-Through Certificates Series 2007-3 is allowed to enforce the lien of its Deed of Trust as it pertains to the real property located at 209 Teal Circle, Berlin, MD 21811 and it is more particularly described as follows:

Lot No. C-04-0291 as designated and distinguished on the plat entitled "OCEAN PINES-SECTION FOUR", made by B. Calvin Burns, Registered Professional Engineer No. 2583 of the State of Maryland, which plat is duly recorded among the Land Records of Worcester County, Maryland, in Plat Book F.W.H. No. 11, Folio, 54, et seq. The improvements thereon being known as 209 Teal Circle, Berlin, MD 21811

which relief shall extend to the purchaser to take such action under state law, as may be necessary, to obtain possession of the property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant, its successors and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED**, that it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

Copies to:

John E. Tarburton
Paul J. Moran
Elizabeth M. Abood-Carroll
Orlans PC
PO Box 2548
Leesburg, VA 20177
*Attorneys for the Movant*

Perry Kurt Masciana
209 Teal Circle
Berlin, MD 21811
*Debtor*

Marc A. Ominsky, Esquire
The Law Offices of Marc A. Ominsky
Century Plaza Building
10632 Little Patuxent Parkway
Suite 249, 10632 Little Patuxent ParkwaySuite 249
Columbia, MD 21044
*Attorney for the Debtor*

Robert S. Thomas II
300 E Joppa Road, Suite 409
Towson, MD 21286
*Chapter 13 Trustee*

**END OF ORDER**